UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-01273-JSS-LHP

HOWARD COHAN,

    Plaintiff,

vs.

APPLE NINE HOSPITALITY OWNERSHIP,
INC., a Foreign Profit Corporation; and
SPRINGHILL SUITES SMC, LLC,
a Foreign Limited Liability Company,

    Defendant(s).

_____

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendants, APPLE NINE HOSPITALITY OWNERSHIP, INC., a Foreign Profit Corporation; and SPRINGHILL SUITES SMC, LLC, a Foreign Limited Liability Company, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED December 3, 2024.

1

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | /s/ *Elizabeth M. Rodriguez* |
| Gregory S. Sconzo, Esq. | Elizabeth M. Rodriguez. |
| Florida Bar No.: 0105553 | Florida Bar No. 821690 |
| Sconzo Law Office, P.A. | Ford & Harrison, LLP |
| 3825 PGA Boulevard, Suite 207 | 1 SE Third Avenue, Suite 2130 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 808-2143 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 808-2101 |
| Email: greg@sconzolawoffice.com | Attorneys for Defendants |
| Email: perri@sconzolawoffice.com | |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
    **Gregory S. Sconzo, Esq.**